MARIA FUSCO, Respondent, *v.* GIUSEPPE FUSCO, Appellant.

*Husband and wife — action for separation — alimony.*

*Fusco* v. *Fusco*, 215 App. Div. 702, affirmed.

(Submitted April 7, 1926; decided May 4, 1926.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered November 21, 1925, modifying and affirming as modified a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term. The action was wife against husband for a separation. The Appellate Division modified the judgment for a separation on the ground of cruel and inhuman treatment by increasing the allowance of alimony.

*Frank J. Rinaldi* for appellant.

*Samuel Wechsler* and *Gandolfo A. Sellaro* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, MCLAUGH-LIN, CRANE, ANDREWS and LEHMAN, JJ.